**Order entered April 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00743-CR
### No. 05-12-00744-CR

**ANTHONY EUGENE JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F08-71994-V & F11-00273-V**

## ORDER

These cases were submitted March 27, 2013. A review of the record shows State's exhibits 26 and 27 are not in the reporter's record on file in this Court. We **ORDER** Nancy Brewer, the official court reporter of the 292nd Judicial District Court, to file a supplemental reporter's record containing the State's exhibits 26 and 27 by April 26, 2013.

/s/    DOUGLAS S. LANG
           PRESIDING JUSTICE